

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2022

No. 04-22-00055-CV

Andrew Wayne **BOCK**,
Appellant

v.

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01786
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The clerk's record was due January 10, 2022. On January 31, 2022, the trial court clerk filed a notification of late record, stating appellant failed to pay or make arrangements to pay the fee for preparing the clerk's record and appellant is not entitled to preparation of the clerk's record without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court on or before **February 17, 2022** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2022.



MICHAEL A. CRUZ, Clerk of Court